1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD O. SALAVEA,

     Plaintiff,

   v.

DOCTORS OF MENTAL HEALTH AT
WASHINGTON CORRECTIONS CENTER,
*et al.*,

     Defendants.

Case No. C05-5679RJB

ORDER ADOPTING THE REPORT
AND RECOMMENDATION AND
DISMISSING THIS ACTION
WITHOUT PREJUDICE.

The Court, having reviewed the file, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **DISMISSED WITHOUT PREJUDICE** prior to service for failure to state a claim and failure to amend the complaint when ordered to do so.

(3)    Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 10th day of April, 2006.

Robert J. Bryan
United States District Judge

ORDER - 1